ACCEPTED
15-25-00011-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
3/27/2025 10:47 AM
CHRISTOPHER A. PRINE
CLERK

## No. 15-25-00011-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
3/27/2025 10:47:51 AM
CHRISTOPHER A. PRINE
Clerk

# In The Fifteenth Court of Appeals in Austin, Texas

**THE BOARD OF REGENTS OF THE UNIVERSITY OF TEXAS SYSTEM,**
**THE UNIVERSITY OF TEXAS SYSTEM, AND**
**THE UNIVERSITY OF TEXAS M.D. ANDERSON CANCER CENTER,**

*Appellants,*

v.

**GENSETIX, INC.,**

*Appellee.*

*Arising from the 152nd District Court of Harris County, Texas*

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Pursuant to Tex. R. App. P. 6.5, Appellants The Board of Regents of The University of Texas System ("Board of Regents"), The University of Texas System ("UTS"), and The University of Texas M.D. Anderson Cancer Center ("MD Anderson") move for this Court to enter an order allowing the firm of Troutman Pepper Locke LLP to withdraw from representing them in this case. Appellants desire this result. Appellants are state agencies, and the Attorney General has decided his office will represent these parties directly instead of through outside counsel. Appellants will continue to be

1

represented by the Assistant Attorney General who has already appeared in this lawsuit:

Alyssa Bixby-Lawson, Assistant Attorney General
Texas State Bar No. 24122680
alyssa.bixby-lawson@oag.texas.gov
Tel.: (210) 270-1118
Fax: (512) 477-2348
General Litigation Division
Office of the Attorney General
P.O. Box 12548, Capitol
Austin, TX 78711

Appellants designate Ms. Bixby-Lawson as the attorney-in-charge of the appeal. The withdrawing attorneys from Troutman Pepper Locke LLP have informed Ms. Bixby-Lawson of all settings or deadlines of which they are aware, including the current May 7, 2025 deadline for submitting Appellants' opening brief.

This motion is not sought solely for the purpose of delay.

## Conclusion and Prayer

Appellants ask this Court to enter an order pursuant to Tex. R. App. P. 6.5 ordering that David E. Harrell; Deanna Markowitz Willson; Chris Dove; and Monika A. Dziemianczuk and the firm of Troutman Pepper Locke LLP be permitted to withdraw as counsel in this case, and that Assistant Attorney

General Alyssa Bixby-Lawson continue as attorney-in-charge for the Appellants.

Respectfully submitted,

**TROUTMAN PEPPER LOCKE LLP**

*/s/ David E. Harrell*
**David E. Harrell**
State Bar No. 00793905
David.Harrell@troutman.com
**Deanna Markowitz Willson**
State Bar No. 24092759
Deanna.Willson@troutman.com
**Chris Dove**
State Bar No. 24032138
Chris.Dove@troutman.com
**Monika A. Dziemianczuk**
State Bar No. 24116311
Monika.Dziemianczuk@troutman.com
600 Travis Street, Suite 2800
Houston, Texas 77002
Telephone: (713) 226-1138
Facsimile: (713) 229-2633

**OFFICE OF THE ATTORNEY GENERAL**
**Alyssa Bixby-Lawson**
Assistant Attorney General
Texas State Bar No. 24122680
alyssa.bixby-lawson@oag.texas.gov
Tel.: (210) 270-1118
Fax: (512) 477-2348
General Litigation Division
Office of the Attorney General
P.O. Box 12548, Capitol

Austin, TX 78711

**ATTORNEYS FOR APPELLANTS THE BOARD OF REGENTS OF THE UNIVERSITY OF TEXAS SYSTEM, THE UNIVERSITY OF TEXAS SYSTEM, and THE UNIVERSITY OF TEXAS M. D. ANDERSON CANCER CENTER**

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 27, 2025, a copy of the foregoing instrument was served on all counsel of record in accordance with the Texas Rules of Appellate Procedure.

/s/ *Alyssa Bixby-Lawson*
Alyssa Bixby-Lawson

## CERTIFICATE OF CONFERENCE

Counsel for Appellants conferred with counsel for Appellee on March 25, 2025, who stated that Appellee did not oppose this motion.

/s/ *Alyssa Bixby-Lawson*
Alyssa Bixby-Lawson

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Victoria Gomez on behalf of Alyssa Bixby-Lawson
Bar No. 24122680
victoria.gomez@oag.texas.gov
Envelope ID: 98957754
Filing Code Description: Motion
Filing Description: 20250327 Unopposed Motion To Withdraw As CounselCOA
Status as of 3/27/2025 10:51 AM CST

Associated Case Party: University of Texas M.D. Anderson Cancer Center

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Victoria Gomez | | victoria.gomez@oag.texas.gov | 3/27/2025 10:47:51 AM | SENT |
| Alyssa Bixby-Lawson | | alyssa.bixby-lawson@oag.texas.gov | 3/27/2025 10:47:51 AM | SENT |

Associated Case Party: Board of Regents of the University of Texas System

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| David E.Harrell | | David.Harrell@troutman.com | 3/27/2025 10:47:51 AM | SENT |
| Deanna MarkowitzWillson | | deanna.willson@troutman.com | 3/27/2025 10:47:51 AM | SENT |
| Chris Dove | | Chris.Dove@troutman.com | 3/27/2025 10:47:51 AM | SENT |
| Monika Dziemianczuk | | monika.dziemianczuk@troutman.com | 3/27/2025 10:47:51 AM | SENT |

Associated Case Party: Gensetix, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Cabrach Connor | | Cab@CLandS.com | 3/27/2025 10:47:51 AM | SENT |
| Jennifer TatumLee | | Jennifer@CLandS.com | 3/27/2025 10:47:51 AM | SENT |
| Sergio Davila | | Sergio@CLandS.com | 3/27/2025 10:47:51 AM | SENT |
| Anthony Buzbee | | tbuzbee@txattorneys.com | 3/27/2025 10:47:51 AM | SENT |
| Ryan Pigg | | rpigg@txattorneys.com | 3/27/2025 10:47:51 AM | SENT |
| Rian Taff | | rtaff@txattorneys.com | 3/27/2025 10:47:51 AM | SENT |
| Mauricio Guevara | | mguevara@txattorneys.com | 3/27/2025 10:47:51 AM | SENT |
| Lionel Sims | | lsims@txattorneys.com | 3/27/2025 10:47:51 AM | SENT |